CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 28 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TILDEN PATTERSON,<br>Petitioner, | Civil Action No. 7:07CV00589 |
| v. | **FINAL ORDER** |
| DIRECTOR OF THE DEPARTMENT<br>OF CORRECTIONS,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Patterson's request for an evidentiary hearing is **DENIED**; and Patterson's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 28th day of February, 2008

/s/ Jackson L. Kiser
Senior United States District Judge